**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRIAN REYNOLDS,

Plaintiff,

v.

STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,

Defendant.

No. 5:25-cv-02343 MRA (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS (Doc. No. 17)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Plaintiff's First Amended Complaint is DISMISSED, with 30 days' leave to amend.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

DATED: July 31, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE